# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:06-cr-0013-RLH-RJJ |
| vs. | ) | **O R D E R** |
| PATRICK JOHNSON, | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#45, filed January 23, 2007), entered by the Honorable Robert J. Johnston, regarding Defendant's Motion to Suppress (#36). Objections (#46) were filed to Magistrate Judge Johnston's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Government filed a Response (#47) thereto, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Johnston should be affirmed and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#45, entered January 23, 2007), is AFFIRMED and ADOPTED. Defendant's Motion to Suppress (#36) is denied.

Dated: February 20, 2007.

_____
Roger L. Hunt
Chief United States District Judge