# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:06-CR-0013-RLH-RJJ |
| vs. | ) | **ORDER OF REFERRAL TO U.S. ATTORNEY** |
| PATRICK JOHNSON, | ) | |
| Defendant. | ) | |

Defendant Johnson has filed a Petition Pursuant to Title 28 U.S.C. §2255 for Ineffective Assistance of Counsel, Constitutional rights Violations Under the 4th, 5th and 6th Amendments, Due Process Violations, Abuse of Discretion, Rule 6(c) Violation (#97, filed October 12, 2010).

Pursuant to 28 U.S.C. §2255, the Court refers this motion to the United States Attorney for a response and directs the Clerk of Court to copy and deliver to the United States Attorney copies of the Motion and the Memorandum. The United States Attorney shall file his response to the motion no later than January 21, 2011. Defendant Johnson will have 14 days thereafter to file any reply.

IT IS SO ORDERED.

Dated: November 17, 2010.

_____
**Roger L. Hunt**
**Chief United States District Judge**