IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

2011 JAN 31 P 12:30

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 2:06-cr-13-RLH-RJJ |
| PATRICK JOHNSON, | ) | |
| Defendant. | ) | |
| | ) | |

REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO GOVERNMENT'S OPPPOSITION TO DEFENDANT'S MOTION PURSUANT TO 28 U.S.C.§ 2255

Comes now, the Defendant, Patrick Johnson, pro se, to respectfully submit a request to the Court for an extenxion of time to respond to the Government's Opposition to Defendant's Motion pursuant to 28 U.S.C. § 2255 for the following reason(s):

1.) Defendant filed his motion pursuant to 28 U.S.C. § 2255 on October 12,2010.

2.) On November 17,2010 this Court instructed the Government to respond to Defendant's motion no later than January 21,2011, and further instructed that Defendant would have 14 days thereafter to file any reply.

3.) Whereas the Government did timely file it's response on January 20,2011, due to my current incarceration and the U.S. Postal Service mailing process in addition to the Institutional mail room process, I was not in receipt of

their response until January 25, 2011.

  4.) Further, due to current changes in the daily movement operations of the institution Defendant is incarcerated at resulting in a lessening of time available to utilize the law library facility(s), compounded by the late receipt of the Government's response the Defendant is compelled to request a 30 day extention of time to respond to the Government's opposition to Defendant's § 2255 motion.

          Respectfully Submitted,

          _____
             Patrick Johnson

Dated: this __27__ day of January 2011.

Under penalty of perjury in accordance with 28 U.S.C. § 1746(2), I hereby declare that the foregoing is true and correct. Executed this 27 day of JANUARY, 2011.

Respectfully Submitted,

*Patrick Johnson*

Patrick Johnson

Inmate I.D.# 32036-046

Federal Correctional Institution II

P.O. Box 5300

Adelanto, CA 92301

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: February 1, 2010**