UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | Case No.: 2:-6-cr-13-RLH-RJJ |
| --- | --- | --- |
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | DENYING APPEALABILITY |
| PATRICK JOHNSON, | ) | |
| Defendant. | ) | |

Following the Court's denial of Defendant's Motion to Vacate under 28 U.S.C. § 2255, (*see* #112), Defendant Johnson filed a Notice of Appeal. (#114). Pursuant to Ninth Circuit policy, the Circuit has remanded this case for the limited purpose of granting or denying a Certificate of Appealability.

This court will not enter a certificate of appealability because, as noted in the order of denial, Defendant has not sought or obtained permission to file his second § 2255 motion, and the motion is otherwise untimely.

IT IS THEREFORE ORDERED that this court will not issue a certificate of appealability in this matter.

Dated: August 25, 2014.

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)